UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

WILLIAM ENGLAND,

        Plaintiff,

v.

SHERYL FOSTER, *et al.*,

        Defendants.

CASE NO.: 3:13-CV-00188-RCJ-VPC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #44) entered on October 28, 2014, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Preliminary Injunction (#30).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #44).

IT IS SO ORDERED this 2nd day of January, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE