# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ENGLAND,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHERYL FOSTER, *et al.*,<br><br>　　　　　Defendants. | 3:13-cv-00188-RCJ-VPC<br><br>**MINUTES OF THE COURT**<br><br><br>March 23, 2015 |

PRESENT:　　THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　　　LISA MANN　　　REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is plaintiff's motion to attach a certificate of service to his opposition to defendants' summary judgment motion (#57), and also plaintiff's motion for summary judgment (#46).

　　First, as the motion to attach (#57) is unopposed, the motion is **GRANTED**. The court shall consider plaintiff's opposition to defendants' motion. Second, the court has reviewed plaintiff's summary judgment motion and observes that the brief is excessive in length. Although approximately one and one-half pages are blank, the brief nevertheless exceeds the permissible limit by over ten pages. Local Rule 7-4 provides that, "[u]nless otherwise ordered by the Court, pretrial . . . briefs and points and authorities . . . shall be limited to thirty (30) pages including the motion but excluding exhibits."

　　The court takes judicial notice that plaintiff, although a *pro se* party, is not an inexperienced litigant in federal court. Accordingly, the court finds no basis for excusing his compliance with the Local Rules. Because plaintiff failed to request leave to submit a lengthier brief, the motion and brief (#46) are **STRICKEN**.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　　By:　　　　　/s/　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk