# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ENGLAND, | CASE NO.: 3:13-CV-00188-RCJ-VPC |
| Plaintiff, | |
| v. | **ORDER** |
| SHERYL FOSTER, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#61[1]) entered on March 27, 2015, recommending that the Court grant Defendant's Motion for Summary Judgment (ECF #52). Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#62) on April 13, 2015. Defendants' filed their Response to Objections to Magistrate Judge's Report and Recommendation (ECF #63) on April 21, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#61) entered on March 27, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (ECF #52) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 28th day of April, 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.